# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHARLETTA IKUEGBUWA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:21-cv-2590-JAR-KAG |
| | ) |
| KRUCIAL STAFFING, LLC | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Charletta Ikuegbuwa and Defendant Krucial Staffing, LLC, pursuant to Rule 41(a)(1)(A)(ii), jointly stipulate that Plaintiff's claims asserted against Defendant are dismissed with prejudice. Each party shall bear her or its own fees, costs, and expenses.

**HKM EMPLOYMENT ATTORNEYS LLP**

By: */s/ Brad K. Thoenen*
Brad K. Thoenen, KS 24479
bthoenen@hkm.com
John J. Ziegelmeyer III, KS 23003
jziegelmeyer@hkm.com
Kevin A. Todd, KS 78998
ktodd@hkm.com
1501 Westport Road
Kansas City, Missouri 64111
816.875.9339 (phone and fax)

ATTORNEYS FOR PLAINTIFF

**LATHROP GPM LLP**

*/s/ Jill Waldman*
Jill Waldman (KS #19634)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: 816-292-2000
Facsimile: 816-292-2001
jill.waldman@lathropgpm.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on April 7, 2022, a copy of the foregoing was served via the Court's electronic filing system on all counsel of record.

*/s/ Kevin A. Todd*
Attorney for Plaintiff